# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| Wendy Amparo OSORIO-MARTINEZ, et al., | No. 17-2159 |
| Plaintiffs-Appellants, | D.C. No. 5:17-cv-01747 |
| v. | |
| ATTORNEY GENERAL UNITED STATES OF AMERICA, et al., | |
| Defendants-Appellees. | |

## JOINT WITHDRAWAL OF JOINT MOTION TO VACATE THE PANEL'S DECISION

Plaintiffs-Appellants and Defendants-Appellees, through undersigned counsel, hereby withdraw the Joint Motion to Vacate the Panel's Decision, filed October 30, 2020.

//

//

Dated:  July 16, 2021                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Acting Assistant Attorney General

                                         WILLIAM C. PEACHEY
                                         Director

                                         By: *s/ Erez Reuveni*
                                         EREZ REUVENI
                                         Assistant Director
                                         United States Department of Justice
                                         Office of Immigration Litigation
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel: 202-307-4293
                                         Fax: 202-305-7000
                                         Email: erez.r.reuveni@usdoj.gov

                                         ATTORNEYS FOR APPELLEES

                                         *s/ Bridget Cambria*
                                         BRIDGET CAMBIA
                                         CAMBRIA AND KLINE
                                         532 Walnut Street
                                         Reading, PA 19601
                                         (484) 926-2014

                                         ATTORNEY FOR APPELLANTS

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2021, I electronically filed the foregoing through the Court's CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice